UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC; THE PHOENIX INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; FINANCIAL PACIFIC INSURANCE COMPANY; MP NEXLEVEL OF CALIFORNIA, INC.; and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.  1:16-CV-00535-LJO-EPG<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE BY ADDITIONAL 45 DAYS**<br><br>(ECF No. 43) |

Pursuant to the Second Stipulation to Extend Responsive Pleading Deadline by Additional 45 Days (ECF No. 43), filed by Plaintiff Houston Casualty Company ("HCC") and Defendant Travelers Property Casualty Company of America, erroneously sued as The Charter Oak Fire Insurance Company and The Phoenix Insurance Company  ("Travelers"), and good cause having been shown, the Court HEREBY ORDERS as follows:

The deadline for HCC to file a responsive pleading to Travelers' Counterclaim (ECF No. 28) is extended by 45 days, from July 12, 2016 to **August 26, 2016**.

IT IS SO ORDERED.

Dated:   **July 12, 2016**                                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE