# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC; THE PHOENIX INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; FINANCIAL PACIFIC INSURANCE COMPANY; MP NEXLEVEL OF CALIFORNIA, INC.; and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 1:16-CV-00535-LJO-EPG<br><br>**ORDER APPROVING STIPULATION TO EXTEND HOUSTON CASUALTY COMPANY'S RESPONSIVE PLEADING DEADLINE WITH RESPECT TO TRAVELERS' COUNTERCLAIM**<br><br>JUDGE:  Honorable Erica P. Grosjean<br>DEPT.:   Courtroom 10 |

Pursuant to the parties' stipulation (Doc. 56), IT IS HEREBY ORDERED as follows:

1. HCC shall answer or otherwise plead to Travelers' Counterclaim within 14 days of this Court's entry of a ruling on HCC's Rule 12(f) Motion to Strike Crum & Forster's Counterclaim (Doc. 37-38).

IT IS SO ORDERED.

Dated:  **August 26, 2016**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER APPROVING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE