UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC; THE PHOENIX INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; FINANCIAL PACIFIC INSURANCE COMPANY; MP NEXLEVEL OF CALIFORNIA, INC.; and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 1:16-CV-00535-LJO-EPG<br><br>**ORDER APPROVING STIPULATION TO EXTEND HOUSTON CASUALTY COMPANY'S RESPONSIVE PLEADING DEADLINE WITH RESPECT TO TRAVELERS' COUNTERCLAIM** |

Pursuant to the stipulation and agreement of Plaintiff, Houston Casualty Company, and Defendant, Travelers Property Casualty Company of America [Doc. 63], IT IS HEREBY ORDERED as follows:

1.   Travelers shall file an amended Answer and Counterclaim, if appropriate, within 28 days following the approval of this Stipulation.

2.   If Travelers files an amended Counterclaim, HCC shall answer or otherwise plead to Travelers' Amended Counterclaim within 21 days after filing.

3.   If Travelers does not file an amended Counterclaim, HCC shall answer or otherwise plead to Travelers' original Counterclaim within 14 days after the expiration of

1

Travelers' 28-day period described in Paragraph 1, above.

IT IS SO ORDERED.

Dated: __**September 7, 2016**__          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE