**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY, ET AL.,<br><br>Defendants. | CASE NO. 1:16-CV-00535-LJO EPG<br><br>**ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |

This Court conducted a mid-discovery status conference on January 18, 2017. (ECF No. 108). A First Amended Complaint adding several new parties to this action was filed on January 4, 2017. (ECF No. 95.) Pursuant to Fed. R. Civ. P. 16(b), this Court finds good cause to set a modified schedule for this action. The Court hereby AMENDS the scheduling and discovery order entered on August 9, 2016 (ECF No. 54), as follows:

| | |
|---|---|
| Nonexpert discovery cutoff: | August 7, 2017 |
| Expert disclosure: | September 7, 2017 |
| Rebuttal expert disclosure: | October 6, 2017 |
| Expert discovery cutoff: | November 6, 2017 |
| Dispositive motion filing deadline: | December 20, 2017 |

Pretrial Conference set for April 19, 2018, at 08:15 AM in Courtroom 4 (LJO) before Chief Judge Lawrence J. O'Neill.

Jury Trial set for June 19, 2018, at 08:30 AM in Courtroom 4 (LJO) before Chief Judge Lawrence J. O'Neill (10-day estimate).

\\\

\\\

Further modification of the discovery and trial practice schedule in this case will not be granted absent exceptional circumstances. The parties should consider this schedule to be final.

IT IS SO ORDERED.

Dated: **January 19, 2017**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2