| | |
|---|---|
| 1 | **THE AGUILERA LAW GROUP, APLC** |
| 2 | A. Eric Aguilera, Esq. (SBN 192390) |
|   | Raymond E. Brown, Esq. (SBN 164819) |
| 3 | Rebecca E. Hunter, Esq. (SBN 271420) |
| 4 | 650 Town Center Drive, Suite 100 |
|   | Costa Mesa, CA 92626 |
| 5 | T: 714-384-6600 / F: 714-384-6601 |
| 6 | eaguilera@aguileragroup.com |
|   | rbrown@aguileragroup.com |
| 7 | rhunter@aguileragroup.com |

Attorneys for defendant/counter-claimant/cross-claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, erroneously sued as THE CHARTER OAK FIRE INSURANCE COMPANY and THE PHOENIX INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, | Case No. 1:16-cv-00535-LJO-EPG |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF THE THIRD CAUSE OF ACTION IN TRAVELERS' CROSS-CLAIM AGAINST MP NEXLEVEL OF CALIFORNIA, INC.** |
| v. | |
| THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC; THE PHOENIX INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; FINANCIAL PACIFIC INSURANCE COMPANY; MP NEXLEVEL OF CALIFORNIA, INC.; and DOES 1 through 10, | |
| Defendants. | |

AND RELATED CROSS-ACTIONS )
)
)

**IT IS HEREBY STIPULATED** by and between Cross-Claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and Cross-Defendant MP NEXLEVEL OF CALIFORNIA, INC., through their respective counsels of record, that the third cause of action for breach of the implied covenant of good faith and fair dealing and the request for punitive damages in TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA's cross-claim (Dkt. No. 28) filed on May 24, 2016, be dismissed without prejudice.  Although MP NEXLEVEL OF CALIFORNIA, INC. has not filed its responsive pleading, the parties further stipulate to bear their own costs incurred to the date of this Stipulation and as it relates to the third claim for relief.

Dated:  February 14, 2017          **THE AGUILERA LAW GROUP, APLC**

*/s/ Rebecca E. Hunter, Esq.*
A. Eric Aguilera, Esq.
Raymond E. Brown, Esq.
Rebecca E. Hunter, Esq.
Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, erroneously sued as THE CHARTER OAK FIRE INSURANCE COMPANY and THE PHOENIX INSURANCE COMPANY

///
///
///
///
///
///

Dated:  February 14, 2017     **NEWMEYER & DILLION, LLP**

*/s/ Graham C. Mills, Esq.*
Alan H. Packer, Esq.
Graham C. Mills, Esq.
DEWITT MACKALL CROUNSE & MOORE, SC
Holly J. Newman, Esq.
James D. Kremer, Esq.
Attorneys for Defendant/Cross-Defendant MP Nexlevel of California, Inc.

### ORDER

IT IS HEREBY ORDERED that the third cause of action for breach of the implied covenant of good faith and fair dealing and the prayer for punitive damages in TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA's cross-claim (Dkt. No. 28) filed on May 24, 2016 against MP NEXLEVEL OF CALIFORNIA, INC., is dismissed without prejudice.  Each party to bear their own costs incurred to the date of the Stipulation.

IT IS SO ORDERED.

Dated:   **February 14, 2017**          /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE