# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No. 1:16-cv-00535-LJO-EPG<br><br>**ORDER ON STIPULATION REGARDING CRUM & FORSTER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that Crum & Forster Specialty Insurance Company's Answer to Plaintiff Houston Casualty Company's Original Complaint [Doc. 29] is hereby deemed as Crum and Forster's Answer to Plaintiff's First Amended Complaint [Doc. 95].

IT IS SO ORDERED.

Dated: **March 7, 2017**        /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-