ROPERS, MAJESKI, KOHN & BENTLEY
TIM M. AGAJANIAN (SBN 130508)
TODD A. ROBERTS (SBN 129722)
ALAN J. HART (SBN 278645)
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: tim.agajanian@rmkb.com
todd.roberts@rmkb.com
alan.hart@rmkb.com

Attorneys for Defendant
HORIZON UNDERGROUND, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC; THE PHOENIX INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; FINANCIAL PACIFIC INSURANCE COMPANY; ALLIED PLUS LOW VOLTAGE; BRIDGE MASTERS, INC.; APEX DIRECTIONAL DRILLING, LLC; JK COMMUNICATIONS & CONSTRUCTION, INC.; DOWNING DIVERSIFIED, LLC; HORIZON UNDERGROUND, INC.; NU VISION CONSTRUCTION ADVISORS CORP.; and DOES 1 THROUGH | CASE NO. 1:16-CV-00535-LJO-EPG<br><br>**ORDER ON STIPULATION SETTING ASIDE DEFAULT OF HORIZON UNDERGROUND, INC.** |

10,

                Defendants.

Pursuant to the Stipulation of the parties (ECF No. 161), and for good cause shown, it is hereby ORDERED that the default entered against Defendant Horizon Underground, Inc. on March 3, 2017 (ECF No. 134) is hereby vacated and set aside. Defendant Horizon Underground, Inc. shall file a responsive pleading within fifteen (15) calendar days from the date of this Order.

IT IS SO ORDERED.

Dated: **May 2, 2017**           /s/ *Erin P. Gross*
                                                    UNITED STATES MAGISTRATE JUDGE