UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| HOUSTON CASUALTY COMPANY, | No. 1:16-CV-00535-LJO-EPG |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND BRIDGE MASTERS, INC.'S DEADLINE TO RESPOND TO HOUSTON CASUALTY COMPANY'S FIRST AMENDED COMPLAINT |
| v. | |
| THE CHARTER OAK FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

This matter having come before the Court by stipulation and agreement of Plaintiff Houston Casualty Company ("HCC") and Defendant Bridge Masters, Inc. ("Bridge Masters") [Dkt. #167], the Court being fully advised in the premises and good cause having been shown; IT IS HEREBY ORDERED that Bridge Masters shall answer or otherwise respond to the First Amended Complaint no later than May 24, 2017.

IT IS SO ORDERED.

Dated: **May 16, 2017**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE