UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| HOUSTON CASUALTY COMPANY, | No. 1:16-CV-00535-LJO-EPG |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE WITH RESPECT TO MP NEXLEVEL OF CALIFORNIA, INC.'S COUNTERCLAIM AGAINST BRIDGE MASTERS, INC. |
| v. | |
| THE CHARTER OAK FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

This matter having come before the Court by stipulation and agreement of Counter-Claimant MP Nexlevel of California, Inc. ("MPC") and Counter-Defendant Bridge Masters, Inc. ("Bridge Masters") [Dkt. #168], the Court being fully advised in the premises and good cause having been shown; IT IS HEREBY ORDERED that Bridge Masters shall answer or otherwise respond to MPC's Counterclaim no later than May 19, 2017. This order does not alter the date of any event or any deadline already fixed by Court order.

IT IS SO ORDERED.

Dated: **May 16, 2017**                     /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE