Amy K. Thomas – CA State Bar No. 202876
**WOLKIN · CURRAN, LLP**
111 Maiden Lane, 6th Floor
San Francisco, CA 94108
Ph: (415) 982-9390 / Fax: (415) 982-4328
athomas@wolkincurran.com

Robert J. Bates, Jr., PHV
Jordon S. Steinway, PHV
**BATESCAREY LLP**
191 N. Wacker, Suite 2400
Chicago, IL 60606
Ph: (312) 762-3100 / Fax: (312) 762-3200
rbates@batescarey.com
jsteinway@batescarey.com

Attorneys for Plaintiff
HOUSTON CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; et al,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 1:16-CV-00535-LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND HEARING AND BRIEFING DATES FOR PLAINTIFF HOUSTON CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT ACE AMERICAN INSURANCE COMPANY**<br><br>Dept: Courtroom 4<br>Judge: Hon. Lawrence J. O'Neill |

1

STIPULATION AND ORDER TO EXTEND DATES        CASE NO. 1:16-CV-00535-LJO-EPG

Plaintiff HOUSTON CASUALTY COMPANY ("HCC") and Defendant ACE AMERICAN INSURANCE COMPANY ("ACE") submit the following stipulation and proposed order to extend certain dates, and said parties request the Court's approval, or the Court's issuance of an independent order similarly extending dates in relation to HCC's pending motion against ACE.

1. On May 3, 2017, HCC filed its motion for partial summary judgment against ACE, and requested a hearing date of June 5, 2017.

2. On May 4, 2017, all parties appearing in this case to date participated in mediation with Ross Hart.

3. The mediation process is ongoing at this time.

4. ACE's opposition to HCC's motion for partial summary judgment is presently due on May 22, 2017.

5. To facilitate the ongoing mediation process, HCC and ACE agree that an extension of the June 5, 2017 hearing date on HCC's motion, and all associated briefing deadlines, is appropriate and in the interests of efficiency.

6. HCC and ACE agree and stipulate to a new hearing date of June 26, 2017, and new corresponding briefing dates of June 5, 2017 for ACE's opposition to HCC's motion, and June 19, 2017 for HCC's reply.

IT IS SO STIPULATED.

Dated: May 17, 2017

WOLKIN · CURRAN LLP
BATESCAREY LLP

By: *A.K. Thomas* (signature)

Amy K. Thomas
Robert J. Bates, Jr., PHV
Jordon S. Steinway, PHV

Attorneys for Plaintiff,
HOUSTON CASUALTY COMPANY

Dated: May 17, 2017

TRAUB, LIEBERMAN STRAUS &
SHREWSBERRY LLP

By: */s/ Neal K. Kojima* (as authorized 5/17/17)

Attorneys for Defendant,
ACE AMERICAN INSURANCE COMPANY

## **ORDER**

The Court has considered the stipulation of Plaintiff Houston Casualty Company and Defendant ACE American Insurance Company, and their joint request for extensions of certain pending dates. In light of the status of the parties' mediation efforts, and in the interests of efficiency, the Court approves and grants the parties' request, as follows:

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Partial Summary Judgement, currently set for June 5, 2017, is rescheduled to June 26, 2017. Defendant ACE American Insurance Company's opposition to Plaintiff's motion shall be filed and served on June 5, 2017, and Plaintiff's Reply shall be filed and served on June 19, 2017.

IT IS SO ORDERED.

Dated: **May 17, 2017**              /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE