**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Rebecca E. Hunter, Esq. (SBN 271420)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
rhunter@aguileragroup.com

Attorneys for defendant/counter-claimant/cross-claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, erroneously sued as THE CHARTER OAK FIRE INSURANCE COMPANY and THE PHOENIX INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, | Case No. 1:16-cv-00535-LJO-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND HEARING AND BRIEFING DATES FOR TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION TO MODIFY THE SCHEDULING ORDER AGAINST MP NEXLEVEL OF CALIFORNIA, INC.** |
| v. | |
| THE CHARTER OAK FIRE INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC; THE PHOENIX INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; CRUM & FORSTER SPECIALTY INSURANCE COMPANY; FINANCIAL PACIFIC INSURANCE COMPANY; MP NEXLEVEL OF CALIFORNIA, INC.; and DOES 1 through 10, | |
| Defendants. | |

AND RELATED CROSS-ACTIONS )
)
)

Defendant/counter-claimant/cross-claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, erroneously sued as THE CHARTER OAK FIRE INSURANCE COMPANY and THE PHOENIX INSURANCE COMPANY (herein "Travelers") and cross-defendant, MP NEXLEVEL OF CALIFORNIA, INC. (herein "MPC") submit the following stipulation and proposed order to extend certain dates, and said parties request the Court's approval, or the Court's issuance of an independent order similarly extending dates in relation to Travelers' pending motion.

1. On May 3, 2017, Travelers filed its motion to modify the scheduling conference order and allow Travelers leave to file a first amended cross-claim, and requested a hearing date of June 5, 2017. [ECF No. 164]

2. On May 4, 2017, all parties appearing in this case to date participated in mediation with Ross Hart.

3. The mediation process is ongoing at this time.

4. MPC's opposition to Travelers' motion to modify the scheduling conference order and allow Travelers leave to file a first amended cross-claim is presently due on May 22, 2017.

5. To facilitate the ongoing mediation process, Travelers and MPC agree that an extension of the June 5, 2017, hearing date on Travelers' motion, and all associated briefing deadlines, is appropriate and in the interests of efficiency.

6. Travelers and MPC agree and stipulate to a new hearing date of June 26, 2017, and new corresponding briefing dates of June 5, 2017, for MPC's opposition to Travelers' motion, and June 19, 2017, for Travelers' reply.

IT IS SO STIPULATED.

Dated: May 19, 2017

**THE AGUILERA LAW GROUP, APLC**

*/s/ Rebecca E. Hunter, Esq.*
A. Eric Aguilera, Esq.
Raymond E. Brown, Esq.
Rebecca E. Hunter, Esq.
Attorneys for Defendant/Cross-Claimant
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, erroneously sued as
THE CHARTER OAK FIRE INSURANCE
COMPANY and THE PHOENIX INSURANCE
COMPANY

Dated: May 19, 2017

**DEWITT, MACKALL, CROUNSE & MORSE, S.C.**

*/s/ Holly J. Newman*
Holly J. Newman, Esq.
James D. Kremer, Esq.
Attorneys for Cross-Defendant/Counter-Claimant
MP Nexlevel of California, Inc.

**ORDER**

The Court has considered the stipulation of TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, erroneously sued as THE CHARTER OAK FIRE INSURANCE COMPANY and THE PHOENIX INSURANCE COMPANY and MP NEXLEVEL OF CALIFORNIA, INC. and their joint request for an extension of certain pending dates. In light of the status of the parties' mediation efforts, and in the interests of efficiency, the Court approves and grants the parties' request as follows:

IT IS HEREBY ORDERED that the hearing on Travelers' Motion to Modify the Scheduling Conference Order and Allow Travelers Leave to File a First Amended Cross-Claim, currently set for June 5, 2017, is rescheduled to June 26, 2017. MP Nexlevel of California, Inc.'s opposition to Travelers' motion shall be filed and served on June 5, 2017, and Travelers' reply shall be filed and served on June 19, 2017.

IT IS SO ORDERED.

Dated: **May 19, 2017**         /s/ Lawrence J. O'Neill

UNITED STATES CHIEF DISTRICT JUDGE